ABSECON BEACH LAND AND IMPROVEMENT COMPANY, appellant,

*v.*

M. SIMPSON McCULLOUGH, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *McCullough* v. *Absecon Beach Land and Improvement Co, 3 Dick. Ch. Rep. 170.*

*Mr. Henry M. Snyder, Jr.,* for the appellant.

*Mr. David J. Pancoast,* for the respondent

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, MAGIE, REED, SCUDDER, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH, WHITAKER—12.

*For reversal*—None.